**United States District Court**
For the Northern District of California

1
2
3
4
5
6              IN THE UNITED STATES DISTRICT COURT
7
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   ROBERT SMITH and LUCRESIA SMITH,          No. C 05-03872 WHA
11              Plaintiffs,
12      v.                                     **ORDER OF REFERRAL**
13   ASIANA AIRLINES, a corporation, DOE
     SEAT MANUFACTURER, and DOES 1-100,
14
15              Defendants.
                                          /
16
17          This action appears to be one of several cases currently pending in the Northern District
18   of California involving deep vein thrombosis, which have been designated for coordinated or
19   consolidated pretrial proceedings by the Judicial Panel on Multidistrict Litigation.  Pursuant to
20   Civil Local Rule 3-12(c), the Court refers this matter to Chief Judge Vaughn Walker for the
21   purpose of determining whether it is related to *In re Deep Vein Thrombosis Litigation*, MDL
22   Case No. 04-1606 VRW.
23
24          **IT IS SO ORDERED.**
25
26   Dated:  September 29, 2005                 _____
27                                             WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE
28